# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3894
_____

MARIO T. COTO,

Appellant,

v.

C. HODGSON, Warden, Columbia
Correctional Institution,

Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

November 6, 2018


PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Mario T. Coto, pro se, Appellant.

Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.